```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 03061
   LYNN ATCHISON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1230

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/22/2007 and was confirmed 06/06/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/17/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                               PAID         PAID
--------------------------------------------------------------------------
CREDIT ACCEPTANCE CORP   SECURED NOT I   NOT FILED              .00        400.00
ACADEMY COLLECTION SERVI UNSECURED       NOT FILED              .00           .00
AMERICASH LOANS LLC      UNSECURED         1503.79              .00           .00
ASPEN MASTER CARD        UNSECURED       NOT FILED              .00           .00
ROUNDUP FUNDING LLC      UNSECURED         1091.32              .00           .00
COLUMBIA HOUSE           UNSECURED       NOT FILED              .00           .00
DEPENDON COLLECTION SERV UNSECURED       NOT FILED              .00           .00
FIRST CONSUMERS NATIONAL UNSECURED       NOT FILED              .00           .00
FIRST PREMIER BANK       UNSECURED       NOT FILED              .00           .00
HOUSEHOLD BANK           UNSECURED       NOT FILED              .00           .00
MUNICIPAL COLLECTION SER UNSECURED       NOT FILED              .00           .00
MUNICIPAL COLLECTION SER UNSECURED         2700.00              .00           .00
ORCHARD BANK             UNSECURED       NOT FILED              .00           .00
AT & T BANKRUPCTY        UNSECURED       NOT FILED              .00           .00
TRINITY CHRISTIAN COLLEG UNSECURED       NOT FILED              .00           .00
THOMAS W DREXLER         DEBTOR ATTY       2,374.00                         68.48
TOM VAUGHN               TRUSTEE                                            31.52
DEBTOR REFUND            REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    500.00

PRIORITY                                              .00
SECURED                                            400.00
UNSECURED                                             .00
ADMINISTRATIVE                                      68.48
TRUSTEE COMPENSATION                                31.52
DEBTOR REFUND                                         .00
                         ---------------    ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 03061 LYNN ATCHISON
```

| | | |
|---|---|---|
| TOTALS | 500.00 | 500.00 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/25/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```